**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CARMEN LOURDES SARDINA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | Case No. CIV-25-1022-PRW |

**ORDER**

On June 18, 2026, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (Dkt. 18) in this action, in which she recommends that the Court affirm the Commissioner's decision. Judge Mitchell advised Plaintiff Carmen Lourdes Sardina of her right to object to the Report and Recommendation by June 26, 2026, in accordance with 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72, and that failure to make a timely objection would waive any right to appellate review of the factual and legal issues addressed in the Report and Recommendation. To date, Sardina has filed no objections. She has therefore waived her right to appellate review of the factual and legal issues addressed in the Report and Recommendation.[1]

Upon review, the Court **ADOPTS** the Report and Recommendation (Dkt. 18) in full and **AFFIRMS** the Commissioner's decision. Pursuant to 42 U.S.C. § 405(g), a judgment shall follow.

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996).

**IT IS SO ORDERED** this 14th day of September 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE